**STATEMENT OF FACTS**

On Sunday, May 10, 2020, at approximately 11:05 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations (NSID) Gun Recovery Unit (GRU) were on patrol in the 2600 block of Birney Place Southeast in Washington, D.C. Officers observed a dark gray Infiniti G35X with Virginia temporary registration of A53111 occupied twice, parked on the roadway with heavily tinted windows and partially blocking a driveway. An individual, later identified as Ronnard Williams (Defendant Williams), was in the driver's seat and an individual, later identified as Michael Morgan (Defendant Morgan), was in the right rear passenger seat. Defendant Williams would only roll down the window approximately one-fourth of the way down, making it difficult for officers to see inside the vehicle.

Sergeant Kniseley was at the right rear door and illuminated the area where Defendant Morgan was seated with his flashlight. Sergeant Kniseley immediately observed a firearm resting on Defendant Morgan's right foot and alerted the other officers on scene. Sergeant Kniseley attempted to open the right rear door, but could not due to it being locked. Officer Laury instructed Defendant Williams to unlock the doors and he refused. Officer Laury was able to reach inside of the driver side door and unlock the doors, allowing officers to open the doors.

The firearm at Defendant Morgan's feet was immediately secured by Officer Guzman. Defendant Morgan was removed from the vehicle and placed under arrest. Defendant Williams refused to exit the vehicle and had to be removed by officers. Defendant Williams resisted being placed in handcuffs, but was eventually detained.

A WALES/NCIC check of the temporary Virginia registration determined that the vehicle was registered to Defendant Williams. A search of the entire vehicle was conducted. Sergeant Kniseley recovered a second firearm in the trunk of the vehicle inside of a drawstring bag. A clear bag containing 73 grams of marijuana was recovered from the front passenger floorboard. An additional clear bag containing 115 grams of marijuana was recovered inside of the drawstring bag where the second firearm was recovered. Additionally, $2,000 U.S. currency was recovered from a Versace box in the glove compartment of the vehicle. Defendant Williams was placed under arrest.

The firearm that was recovered that was resting on the foot of Defendant Morgan was determined to be a Glock, model 22, .40 caliber semiautomatic handgun with a serial number of YCC466. When it was recovered, it was loaded with one (1) round in the chamber and twelve (12) rounds in a fifteen (15) round capacity magazine. The firearm that was recovered from the trunk of the vehicle registered to and driven by Defendant Williams was determined to be a Glock, model 21, .45 caliber semiautomatic handgun with a serial number of BHUN241. When it was recovered, it was loaded with one (1) round in the chamber and nine (9) rounds in an unknown capacity magazine. A WALES/NCIC check of the Glock 21 revealed that it was stolen out of Prince George's County Maryland. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Williams through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Robbery with a Deadly Weapon in the Seventh Judicial Circuit Court for Prince George's County Maryland, case

number T091786X. Defendant Williams was sentenced to 15 years of incarceration for this offense. Additionally, the defendant has a prior felony conviction for Grand Larceny greater than $200 in the Arlington County Virginia Circuit Court, case number VA007015J. Defendant Williams was sentenced to 3 years of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

A criminal history check of Defendant Morgan through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for two counts of Robbery in the Superior Court for the District of Columbia, docket number 2017 CF3 2774. Defendant Morgan was sentenced to 48 months of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for crimes punishable by more than one year.

_____
OFFICER CHRISTINA LAURY
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of May, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE